UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Cesar FARRIAS-Rodriguez, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **January 20, 2008**, within the Southern District of California, defendant, **Cesar FARRIAS-Rodriguez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **JANUARY 2008.**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Cesar FARRIAS-Rodriguez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 20, 2008, at approximately 4:35 PM, Supervisory Border Patrol Agent M. Dryer was performing line watch duties within the Imperial Beach Station area of operations. Agent Dryer was advised via service radio of a seismic intrusion device activation in an area known as the "Eleven Road". This area is approximately five miles west of the San Ysidro, California Port of Entry and 200 yards north of the United States/Mexico International Boundary Fence. The "Eleven Road" is commonly used by illegal aliens to further their illegal entry into the United States due to its close proximity to the border.

Agent Dryer responded to the area and after a brief search encountered four individuals attempting to conceal themselves in some dense brush. Agent Dryer identified himself as a United States Border Patrol Agent and conducted an immigration inspection on each of the individuals. Each of the individuals, including one later identified as the defendant **Cesar FARRIAS-Rodriguez**, admitted to being citizens and nationals of Mexico illegally in the United States. When asked if they possessed any documents that would allow them to legally enter or remain in the United States, each of the individuals, including the defendant stated that they did not. The defendant and the other three individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 17, 2008 through San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on January 21, 2008, at 10:00 A.M.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **two** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 20, 2008**, in violation of Title 8, United States Code, Section 1326.

_____          1/21/08 @ 10:35 a.m.
Jan M. Adler                               Date/Time
United States Magistrate Judge