1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5

6 Attorneys for Ms. Farrias-Rodriguez

7                    UNITED STATES DISTRICT COURT

8                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              )    Case No. 08mj0188
                                          )
11              Plaintiff,                )
                                          )
12 v.                                     )
                                          )    **NOTICE OF APPEARANCE**
13 **CESAR FARRIAS-RODRIGUEZ**,           )
                                          )
14              Defendant.                )
                                          )
15 

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

17 Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

18 in the above-captioned case.

19                                        Respectfully submitted,

20 Dated: January 24, 2008                 *s/ Bridget Kennedy*
                                          Federal Defenders of San Diego, Inc.
21                                        *bridget_kennedy@fd.org*

22

23

24

25

26

27

28