**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Farrias-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj0188 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **CESAR FARRIAS-RODRIGUEZ**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

 **Assistant United States Attorney**
 efile.dkt.gc1@usdoj.gov

Dated: January 24, 2008 *s/ Bridget L. Kennedy*
 **BRIDGET L. KENNEDY**
 Federal Defenders
 225 Broadway, Suite 900
 San Diego, CA 92101-5030
 (619) 234-8467  (tel)
 (619) 687-2666  (fax)
 e-mail:bridget_kennedy@fd.org