AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08cr421-H |
| CESAR FARRIAS-RODRIGUEZ | CASE NUMBER: 08 MJ 0188 |

I, CESAR FARRIAS-RODRIGUEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Cesar Farias R._
Defendant

_Bridget Kennedy_
Counsel for Defendant

Before _____
JUDICIAL OFFICER